336 A.2d 265

**Samuel ALLANOFF, Appellant,**

**v.**

**Samuel LINEFSKY and Sylvia Schwartz, Appellees.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1974.

Decided Jan. 27, 1975.

Rehearing Denied April 28, 1975.

Marvin Allanoff, Philadelphia, for appellant.

Harry A. Rutenberg, Philadelphia, for appellee.

Before JONES  C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM:

Decree affirmed.   Costs on the appellant.

EAGEN and NIX, JJ., did not participate in the consideration or decision of this case.